# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PINEDA, APOLINAR                                    Case No. 09-46469
                                                           Chapter   7
_____,
                    Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $110,510.00               Assets Exempt: $17,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,129.99       Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $483.33

---

  3) Total gross receipts of $   7,130.95   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   5,517.63   (see **Exhibit 2**), yielded net receipts of $1,613.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,311.50 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 483.33 | 483.33 | 483.33 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,129.99 | 1,129.99 | 1,129.99 |
| **TOTAL DISBURSEMENTS** | $0.00 | $7,924.82 | $1,613.32 | $1,613.32 |

4) This case was originally filed under Chapter 7 on December 08, 2009. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2011  By: /s/BRADLEY J. WALLER
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase returned funds | 1290-000 | 1,129.99 |
| Tax Refund | 1124-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.96 |
| **TOTAL GROSS RECEIPTS** | | **$7,130.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PINEDA, APOLINAR | Dividend paid 100.00% on $4,387.64; Claim# SURPLUS; Filed: $4,387.64; Reference: | 8200-000 | 0.00 |
| Apolinar Pineda | Surplus Funds | 8200-002 | 5,517.63 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,517.63** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4300-000 | N/A | 6,311.50 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,311.50** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 403.33 | 403.33 | 403.33 |
| BRADLEY J. WALLER | 2200-000 | N/A | 80.00 | 80.00 | 80.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 483.33 | 483.33 | 483.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,126.91 | 1,126.91 | 1,126.91 |
| 2I | Chase Bank USA, N.A. | 7990-000 | N/A | 3.08 | 3.08 | 3.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,129.99 | 1,129.99 | 1,129.99 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-46469  
**Case Name:** PINEDA, APOLINAR  
**Period Ending:** 07/15/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 12/08/09 (f)  
**§341(a) Meeting Date:** 01/13/10  
**Claims Bar Date:** 04/30/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Single Family Residence 157 North Ashbury Avenue | 92,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Funds in Debtor's possession | 35.00 | 0.00 | DA | 0.00 | FA |
| 3 | Funds in Debtor's bank | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Furniture and appliances in Debtor's residence | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401k | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2005 Ford Freestyle | 9,525.00 | 0.00 | DA | 0.00 | FA |
| 8 | Tax Refund | Unknown | 6,000.00 | | 6,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.96 | FA |
| 9 | Assets   Totals (Excluding unknown values) | **$110,510.00** | **$6,000.00** | | **$6,000.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    November 18, 2010  (Actual)

Printed: 07/15/2011 01:58 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-46469  
**Case Name:** PINEDA, APOLINAR  

**Taxpayer ID #:** **-***8898  
**Period Ending:** 07/15/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******49-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/10 | {8} | Lawyers Trust Fund of Illinois | Tax Refund | 1124-000 | 6,000.00 | | 6,000.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 6,000.17 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 6,000.52 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 6,000.88 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.92 |
| 10/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 6,000.96 |
| 10/27/10 | | To Account #9200******4966 | | 9999-000 | | 6,000.96 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 6,000.96 | 6,000.96 | $0.00 |
| Less: Bank Transfers | | 0.00 | 6,000.96 | |
| **Subtotal** | | **6,000.96** | **0.00** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$6,000.96** | **$0.00** | |

{} Asset reference(s)

Printed: 07/15/2011 01:58 PM   V.12.57

Case 09-46469   Doc 35   Filed 07/15/11   Entered 07/15/11 14:10:21   Desc Main
Document    Page 7 of 7

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-46469  
**Case Name:** PINEDA, APOLINAR  

**Taxpayer ID #:** **-***8898  
**Period Ending:** 07/15/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******49-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/10 | | From Account #9200******4965 | | 9999-000 | 6,000.96 | | 6,000.96 |
| 12/10/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $80.00, Trustee Expenses; Reference: | 2200-000 | | 80.00 | 5,920.96 |
| 12/10/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $403.33, Trustee Compensation; Reference: | 2100-000 | | 403.33 | 5,517.63 |
| 12/10/10 | 103 | Chase Bank USA, N.A. | Dividend paid 100.00% on $1,126.91; Claim# 2; Filed: $1,126.91; Reference: | 7100-000 | | 1,126.91 | 4,390.72 |
| 12/10/10 | 104 | Chase Bank USA, N.A. | Dividend paid 100.00% on $3.08; Claim# 2I; Filed: $3.08; Reference: | 7990-000 | | 3.08 | 4,387.64 |
| 12/10/10 | 105 | PINEDA, APOLINAR | Dividend paid 100.00% on $4,387.64; Claim# SURPLUS; Filed: $4,387.64; Reference: Voided on 04/01/11 | 8200-000 | | 4,387.64 | 0.00 |
| 03/23/11 | | Klein Stoddard Buck Waller & Lewis | Chase returned funds | 1290-000 | 1,129.99 | | 1,129.99 |
| 04/01/11 | 105 | PINEDA, APOLINAR | Dividend paid 100.00% on $4,387.64; Claim# SURPLUS; Filed: $4,387.64; Reference: Voided: check issued on 12/10/10 | 8200-000 | | -4,387.64 | 5,517.63 |
| 04/01/11 | 106 | Apolinar Pineda | Surplus Funds | 8200-002 | | 5,517.63 | 0.00 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | | 7,130.95 | 7,130.95 | $0.00 |
| Less: Bank Transfers | | 6,000.96 | 0.00 | |
| **Subtotal** | | 1,129.99 | 7,130.95 | |
| Less: Payments to Debtors | | | 5,517.63 | |
| **NET Receipts / Disbursements** | | **$1,129.99** | **$1,613.32** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **MMA # 9200-******49-65** | 6,000.96 | 0.00 | 0.00 |
| **Checking # 9200-******49-66** | 1,129.99 | 1,613.32 | 0.00 |
| | **$7,130.95** | **$1,613.32** | **$0.00** |

{} Asset reference(s)   Printed: 07/15/2011 01:58 PM   V.12.57